IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 01-62-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOHN ARTHUR DUVAL, | |
| Defendant. | |

On September 15, 2021, three attorneys were granted leave to appear *pro hac vice* in this matter. *See* Orders (Docs. 236, 237, 238).

The next filing in the case occurred on December 9, 2021, when Assistant Federal Defender David Ness filed a brief in support of a motion (Doc. 241). A deputy clerk contacted Ness's office last week to advise him no motion was pending. The clerk understood a motion would be filed on Friday or Monday.

On Thursday, December 16, 2021, the three *pro hac vice* attorneys, who were granted leave to appear three months ago, filed notices of acknowledgement that were not required by the Court's orders.

1

The Court has before it four attorneys and a brief, but no motion. *See* D. Mont. L.R. CR 47.2(a); *see also* Mot. to Reduce Sentence (Doc. 229); Order (Doc. 230) (filed April 28 and April 29, 2009, respectively).

Accordingly, IT IS ORDERED that the brief filed December 9, 2021 (Doc. 241), is STRICKEN and will not be considered.

DATED this 17th day of December, 2021.

Susan P. Watters
United States District Court